

# In The
# Court of Appeals
# Sixth Appellate District of Texas at Texarkana

---

No. 06-13-00254-CR

---

LARRY PAUL HOLLAWAY, A/K/A LARRY PAUL HOLLOWAY, Appellant

V.

THE STATE OF TEXAS, Appellee

---

On Appeal from the 102nd District Court
Bowie County, Texas
Trial Court No. 13-F0143-102

---

Before Morriss, C.J., Carter and Moseley, JJ.
Memorandum Opinion by Chief Justice Morriss

## MEMORANDUM OPINION

Steven Hollaway and Na'Tasha Seim were in their mobile home, lying in bed with their one year old daughter. Larry Paul Hollaway,[1] Steven's brother, was staying there that night. Before Steven went to bed, Larry and Steven had spent the evening socializing, listening to music, and drinking alcohol. After Steven, Seim, and the child had gone to bed, Larry attacked Steven and Seim with a kitchen knife. Steven was stabbed numerous times, and Seim was stabbed once. Seim, carrying the couple's daughter, crawled out of the mobile home through a window and ran to a neighbor's house for help. While Seim survived her injury, Steven died in an ambulance in route to the hospital.

Larry was charged with the murder of Steven and the aggravated assault of Seim. Larry pled not guilty and argued that the attack was not premeditated, but was the result of involuntary intoxication caused by Seim putting something in his drink. The jury found Larry guilty on both charges. On the murder charge, he was assessed life imprisonment, and on the aggravated assault charge, he was sentenced to sixty years' confinement with the sentences to run concurrently.

In this case, Larry appeals his conviction on the charge of murder and has raised issues common to his appeal in cause number 06-13-00255-CR. Here, he contends that the trial court (1) abused its discretion by excusing a juror; (2) erred by failing to grant a mistrial; and (3) erred in excluding the testimony regarding a prior statement from Seim.

---

[1]The record also indicates his name as "Holloway." To avoid confusion between Larry and Steven, we will refer to appellant as "Larry."

We addressed these issues in detail in our opinion of this date in *Larry Paul Hollaway, a/k/a Larry Paul Holloway v. The State of Texas*, cause number 06-13-00255-CR. For the reasons stated therein, we conclude that error has not been shown in this case.

As to Hollaway's conviction on the charge of murder, we affirm the trial court's judgment.

Josh R. Morriss, III
Chief Justice

Date Submitted:      August 13, 2014
Date Decided:        October 1, 2014

Do Not Publish